**SEALED DOCUMENT**

# UNITED STATES DISTRICT COURT
## DISTRICT OF NEW HAMPSHIRE

In the Matter of the Application
for a Search Warrant for
Computer servers at Google Inc.,
an e-mail provider located
at 1600 Amphitheatre Parkway,
Mountain View, CA 94043

1:13-mj-61-01-LM
UNDER SEAL - LEVEL I

2013 MAY 30 P 2:12

## 18 U.S.C. § 2705(b) PRECLUSION OF NOTICE ORDER

The Court, having considered the Motion filed by the government seeking to precluding Google Inc. from notifying any person of the existence of the Search Warrant pertaining the e-mail accounts, **nana2kg@gmail.com and zenithltd45@gmail.com**, finds that there is reason to believe that notification of the existence of the Search Warrant will result in the destruction of, or tampering with, evidence or otherwise will seriously jeopardize the investigation.

THEREFORE IT IS ORDERED that Google Inc. shall not notify any person of the existence of the Search Warrant, for a period of ninety (90) days.

May 30, 2013

Landya B. McCafferty
United States Magistrate Judge